# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:  MICHAEL A. ST. ONGE              Case Number: 04-71424
        9712 PARTRIDGE LANE
        LAKEWOOD, IL  60014      SSN-xxx-xx-6055

|  |  |  |
|---|---|---|
| | Case filed on: | 3/16/2004 |
| | Plan Confirmed on: | 6/14/2004 |

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $40,177.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| 000 | ATTORNEY KARLEN R COVEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 053 | BRIAN A. HART | 550.00 | 550.00 | 550.00 | 0.00 |
| | Total Legal | 550.00 | 550.00 | 550.00 | 0.00 |
| | | | | | |
| 051 | DIANE C. FISCHER | 0.00 | 0.00 | 0.00 | 0.00 |
| 201 | COUNTRYWIDE HOME LOANS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 235 | FORD MOTOR CREDIT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| 999 | MICHAEL A. ST. ONGE | 0.00 | 0.00 | 1,909.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 1,909.00 | 0.00 |
| | | | | | |
| 001 | COUNTRYWIDE HOME LOANS | 28,284.25 | 28,284.25 | 28,284.25 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS | 600.00 | 600.00 | 600.00 | 0.00 |
| 002 | UNITED GUARANTY RESIDENTIAL INSURANCE | 5,255.98 | 4,305.69 | 4,305.69 | 0.00 |
| 003 | COUNTRY WIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Secured | 34,140.23 | 33,189.94 | 33,189.94 | 0.00 |
| | | | | | |
| 004 | EMERGE MASTERCARD | 3,031.89 | 3,031.89 | 75.58 | 0.00 |
| 005 | ORCHARD BANK BANKCARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | RISK MANAGEMENT ALTERNATIVES | 2,589.21 | 2,589.21 | 64.54 | 0.00 |
| 007 | RESURGENT CAPITAL SERVICES | 198.62 | 198.62 | 4.95 | 0.00 |
| 008 | RESURGENT CAPITAL SERVICES | 6,309.96 | 6,309.96 | 157.29 | 0.00 |
| 009 | DIRECT MERCHANTS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ACTION CARD VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | RETAILERS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | GOOD SHEPHERD | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CENTEGRA HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | HORIZONS BEHAVIORAL HEALTH | 1,426.00 | 1,426.00 | 35.54 | 0.00 |
| 016 | JOHN BECKERMAN M.D. | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | WOODSTOCK IMAGING ASSOC., INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | WOLPOFF & ABRAMSON, L.L.P. | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | WACHOVIA SECURITIES | 47,610.79 | 47,610.79 | 1,186.82 | 0.00 |
| 020 | B-LINE LLC | 2,622.78 | 2,622.78 | 65.38 | 0.00 |
| 021 | BIEHL & BIEHL | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | TANVEER AHMAD, MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | CENTEGRA HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | MORAINE EMERGENCY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | SHERMAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | CITY OF CRYSTAL LAKE | 525.00 | 525.00 | 13.08 | 0.00 |
| 028 | NICOR GAS | 2,014.54 | 2,014.54 | 50.22 | 0.00 |
| 029 | VILLAGE OF LAKEWOOD | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | AT&T WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | ARROW FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | CRD PRT ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | PROFESSIONAL COLLECTION SERVICES | 1,230.00 | 1,230.00 | 30.66 | 0.00 |
| 034 | A-TEC AMBULANCE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | FORD MOTOR CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | LASALLE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | AMERICAN GENERAL FINANCE | 5,867.60 | 5,867.60 | 146.26 | 0.00 |
| 039 | WORLDWIDE ASSET PURCHASING | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | BYLOE INVESTMENT GROUP, L.L.C. | 1,002.19 | 1,002.19 | 24.99 | 0.00 |
| 041 | HUNTLEY LIBRARY | 155.74 | 155.74 | 3.88 | 0.00 |
| 042 | PRENGER FAMILY CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | RESURGENT CAPITAL SERVICES | 308.52 | 308.52 | 7.69 | 0.00 |
| 044 | GOOD SHEPHERD | 0.00 | 0.00 | 0.00 | 0.00 |

# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

| | | | | | |
|---|---|---|---|---|---|
| 045 | LAKE / MCHENRY PATHOLOGY ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | MIDWEST DIAGNOSTIC PATHOLOGY, SC | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | MHS PHYSICIANS SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | TURNBERRY COUNTRY CLUB | 1,283.52 | 1,283.52 | 32.00 | 0.00 |
| 049 | WOLPOFF & ABRAMSON, L.L.P. | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | ADVCOCATE HEALTHCARE SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 052 | RESURGENT CAPITAL SERVICES | 1,751.26 | 1,751.26 | 43.65 | 0.00 |
| | Total Unsecured | 77,927.62 | 77,927.62 | 1,942.53 | 0.00 |
| | Grand Total: | 112,617.85 | 111,667.56 | 37,591.47 | 0.00 |

Total Paid Claimant:        $37,591.47
Trustee Allowance:          $2,585.53
Percent Paid Unsecured:      2.49

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

 /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/30/2007        By  /s/Heather M. Fagan